**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JULIA IRELAND MEO, AS THE ADMINISTRATOR AD PROSEQUENDUM FOR THE ESTATE AND HEIRS-AT-LAW OF BRADLEY IRELAND, DECEASED | : <br> : <br> : Civil Action No. 2:19-CV-5619 <br> : (CCC)(MF) |
| Plaintiff(s) | : |
| v. | : |
| APPLE, INC. | : |
| Defendant(s) | : |
| UNION MANAGEMENT, LLC | : Civil Action No. 2:19-CV-14068 <br> : (CCC)(MF) |
| Plaintiff | : |
| v. | : |
| APPLE, INC. | : |
| Defendant | : |

**AMENDED SCHEDULING ORDER**

This matter having come before the Court by a joint letter request submitted by the parties on March 4, 2021, and good cause appearing,

IT IS, on this 4th day of March 2021, ORDERED:

1. Parties shall complete all fact discovery by May 3, 2021.

2. Plaintiffs shall designate expert witnesses and provide expert reports by June 2, 2021.

3. Defendant shall designate expert witnesses and provide expert reports by August 2, 2021.

4. All expert depositions shall be completed by October 29, 2021.

5. A Conference is scheduled to take place on May 5, 2021 at 3:00 PM. Participants will dial (1-888-684-8852) and the Access Code (1364268#) to join in on the conference call.

2

       s/Mark Falk
       MARK FALK
       United States Magistrate Judge